United States District Court
Central District of Illinois

Robert A. Warren,
  Petitioner,

v.

Stephen D. Mote, Warden,
Pontiac Correctional Center,
and the People and State of Illinois,
  Respondents.

case no. 04-1350

Judge _____

FILED
OCT 08 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Motion for Appointment of Counsel

1. I, Robert A. Warren, declare that I am the Petitioner in the Above-entitled Proceeding, and state that I am unable to afford the services of an Attorney, and hereby request the Court to Appoint Counsel to represent me in this Proceeding.

2. In support of my motion, I have been represented through the whole proceeding of an appeal with Court-Appointed Counsel, which is under attack now.

3. I am not currently, nor previously have been represented by an Attorney Appointed by this Court, in this or any other civil or criminal Proceeding before this Court.

4. In further support of my motion, I declare that I have attached An Application to Proceed in forma Pauperis detailing my financial status.

5. I declare under Penalty of Perjury, that the foregoing is true and correct.

Subscribed and sworn to me before this 6 day of October, 2004 A.D.

_Sharon R. Eden_
notary Public

"OFFICIAL SEAL"
Sharon R. Eden
Notary Public, State of Illinois
My Commission Exp. 11/13/2005

Robert A. Warren
B50436
Pontiac Corr. Ctr.
P.O. Box 99
Pontiac, Illinois
61764

## Verification of Certfication

I Robert A. Warren, Petitioner, Certify and state that:

1. I am the undersigned in the above-captioned legal matter.

2. I have read the foregoing Application and have full knowledge of its contents.

And,

3. under Penalties as Provided by Law, Pursuant to Sec. 1-109 of the code of Civil Procedure, I certify that the Statements set forth in the foregoing Petition and this Affidavit are true and Correct, except as to matters therein stated to be on information and believe to be true.

*Robert A. Warren*
Petitioner

Subscribed and sworn to before me this __6__ day of __October__, 2004, A.D.

_Sharon R. Eden_
notary Public

"OFFICIAL SEAL"
Sharon R. Eden
Notary Public, State of Illinois
My Commission Exp. 11/13/2005