E-FILED
Thursday, 14 October, 2004  02:23:06 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT A. WARREN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 04-1350 |
| STEPHEN D. MOTE, Warden | ) |
| Respondent. | ) |

## O R D E R

This matter is presently before the Court on Petitioner, Robert A. Warren's ("Warren"), Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth herein, Warren's § 2254 Petition is TRANSFERRED without any ruling on the merits of the Petition or other pending motions.

**Background**

Warren was convicted and sentenced to 52 years' imprisonment following a jury trial in Kane County, Illinois, which is located within the Northern District of Illinois. He is presently incarcerated in the Pontiac Correctional Center in the Central District of Illinois and filed the present § 2254 Petition in this district.

A §2254 Petition:

> [M]ay be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application.

28 U.S.C. §2241(d). Accordingly, both the Northern and Central Districts of Illinois have jurisdiction over this action. "[T]he district court for the district wherein such an application

- 2 -

is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination." 28 U.S.C. § 2241(d).

Although Warren is incarcerated in the Central District of Illinois, he was convicted and sentenced in the Northern District of Illinois.  His present claims implicate his original conviction and sentence in the Northern District.  Thus, the Court finds that the Northern District of Illinois is a more convenient forum for the hearing and determination of this habeas corpus action, particularly because the records of Warren's trial may be found there, as may most of the witnesses and other participants in such proceedings.  Accordingly, this Court TRANSFERS this matter to the Northern District of Illinois without addressing any of the pending motions.

ENTERED this 14th day of October, 2004.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge