E-FILED
Tuesday, 09 November, 2004 01:07:04 PM
Clerk, U.S. District Court, ILCD

Re: Case No. 04-1350

November 6th, 2004

Dear District Court Clerk:
(Central District)

**FILED**
NOV 09 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I Already have recieved the Order that case #No. 04-1350 was transferred to the Northern. I wrote a Letter (Find enclosed) to the northern. they stated that they have not recieved my Habeas Corpus yet. Can you Please explain this to me and clear up why my Petition has not been transferred yet?

thank you Very Much!

Please "Return" the enclosed Letter to me!
    thank you!

Robert Warren
#B50436
Pontiac Corr. Ctr.
P.O. Box 99
Pontiac, Illinois
    61764

U.S. District Court
Northern District Of Illinois, Eastern Division
219 South Dearborn, 20th Floor
Chicago, Illinois 60604

**RETURNED**
NOV 0 3 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

October 31st, 2004

Dear District Court, Clerk:

"Greetings"! the reason for this Correspondence is that; One the 14th day Of October 2004, A.D., case no.# 04-1350, Robert A. Warren v. Stephen D. Mote, Was transferred from the Central District to the Northern District by the way Of Electronic filing, on A Justice Discretion, 28 U.S.C. § 2241 (d), Habeas Corpus Petition 2254.

I Would Like to Know if you have recieved this, and I further would Like to request its status, Please! To be sent to me, at the Address Below. Thank You!

Very truly Yours,

Not as of this date. You will be notified of our case # and Judge when received.

Robert A. Warren
#B50436
P.C.C., P.O. Box 99
Pontiac, Illinois
61764