United States District Court
Central District Of Illinois
Federal bldg
Hon. Judge, Micheal M. Mihm,   Suite: 204
100 N.E. Monroe St.
Peoria, Illinois   61602

FILED
NOV 18 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINO.

November 16th, 2004

Dear Hon. Mihm:

Thank you for taking time Out to read this! this Letter is Of importance which needs your Attention!

On October 14th, 2004, you Transferred case Robert A. Warren v. Stephen D. Mote et al, 04-1350, a Habeas Corpus 2254 to the Northern District under 28 U.S.C. § 2241(d).. entered on 14th, of October, 2004.

As Of this Date, this Order to Transfered has Not been Carried Out. I recieved the Order Notice Of Electronic Filing. But, the Clerk Of the Central sent me the Clerk of the Northern has "Not" Recieved such. My Habeas Corpus, 2254. Could you Please Assist Me in having this Transaction Completed.. Thank you!!

P.S.
A response in return would be Very Much Appricated..

Very Truly Yours,
Robert Warren
#B50436
Pontiac Corr. Ctr.
P.O. Box 99
Pontiac, Illinois
61764