**E-FILED**
Wednesday, 24 November, 2004 02:12:18 PM
Monday, 15 November, 2004 08:59:40 AM
Clerk, U.S. District Court, ILCD



## UNITED STATES DISTRICT COURT

JOHN M. WATERS
CLERK OF COURT

### CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

November 15, 2004

H. Stuart Cunningham, Clerk
U.S. District Court
Northern District of Illinois
219 S. Dearborn
Chicago, IL 60604

FILED

NOV 2 4 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Warren V. Mote
CASE NO. IN PEORIA: 04-1350

Dear Clerk:

On October 14, 2004, an Order by the Honorable Michael M. Mihm, U.S. District Judge, was entered transferring the above-mentioned case from this District Court to the U.S. District Court, Northern District of Illinois.

Enclosed is a certified copy of the docket sheet. This court is using the electronic filing system. You may access our electronic case file at the following address: http://_____ to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is: _____ and the password is _____ This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of these documents on the copy of this letter and return it to our office.

Sincerely,

s/John M. Waters
JOHN M. WATERS, Clerk

Receipt Acknowledgement on: _____

By: _____
PRISONER CORRESPONDENCE OFFICE
U.S. DISTRICT COURT
219 S. DEARBORN
CHICAGO, ILLINOIS 60604